**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>EONSMOKE, LLC, ZLAB S.A., ZIIP LAB CO., LTD., SHENZHEN YIBO TECHNOLOGY CO., LTD., JOHN DOES 1-50,<br><br>*Defendants.* | Civil Action No. 19-8405 (JMV) (MF)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

Currently pending before this Court is Plaintiff's motion for temporary restraints and a preliminary injunction based on claims of patent infringement and unfair competition. D.E. 8. In addition to the motion, the Court reviewed the Verified Complaint, D.E. 1, and then held a telephone conference on March 13, 2019, with counsel for all parties. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 13th day of March, 2019,

**ORDERED** that Plaintiff's request for temporary restraints as to its unfair competition claim is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's request for temporary restraints as to Defendants ZLAB S.A.; ZIIP Lab Co., Ltd.; and Shenzhen Yibo Technology Co., Ltd. is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that as to Plaintiff's remaining request for temporary restraints on its design patent infringement claim against Eonsmoke, LLC, the following schedule applies:

1. Defendant Eonsmoke, LLC, shall submit its opposition by 5 p.m. EST on Monday, March 18, 2019; and

2. Plaintiff shall submit its reply to the opposition by 5 p.m. EST on Tuesday, March 19, 2019[1]; and

3. The Court will hold a hearing on Wednesday, March 20, 2019 at 2:00 p.m. EST[2]; and it is further

**ORDERED** that as to Plaintiff's motion for a preliminary injunction, the following schedule applies:

1. Defendants shall submit their opposition by Monday, March 25, 2019; and

2. Plaintiffs shall submit their reply by 5 p.m. EST on Thursday March 28, 2019; and

3. The Court will hold a hearing on Friday, March 29, 2019 at 2:00 p.m.[3]

_____
**JOHN MICHAEL VAZQUEZ, U.S.D.J.**

---

[1] Plaintiff is permitted to supplement its unfair competition argument in this submission, but the Court will not consider such argument until the preliminary injunction stage.

[2] If necessary, out-of-state counsel are permitted to participate via telephone at all court appearances scheduled in this Order. However, if do so, they are required to notify the Court one day in advance and provide dial-in information.

[3] Any party intending to call a witness to testify at this hearing shall notify the Court at least twenty-four hours in advance.