# EXHIBIT B





FREE SHIPPING
MOST ORDERS $ 45.00

(800) 658 -1488

HOME

LOGIN/REGISTER

Shop By Categories

Account

Cart 0

Home :: Office Supplies :: Writing & Correction :: Pencil Sharpeners :: Manual Pencil Sharpeners



# Baumgartens Single-Hole Trap Door Pencil Sharpener with Eraser

1 Hole(s) - 2.6" Height - Assorted

Product Number: BAU19550

| $4.06 / EA | $3.86 / EA | $2.90 / EA |
|---|---|---|
| 1 EA minimum | 6+ minimum | Bulk Price |
| you save $1.23 (23%) | | Click here |

Qty    Add to Cart

- Allow 1-3 Business days for delivery
- Free Shipping on orders over $45

**Ships in 1-2 Bus Days**

Print  |  Email  |  Favorite

4.8 ★★★★★
Google Customer Reviews






## Product Description

Pencil sharpener features a built-in handy eraser, honed steel blades and a built-in dust-proof receptacle. Made for use with standard-sized pencils. Dust-proof receptacle allows you to take it with you wherever you need to go without the risk of spilling the shavings. Pencil sharpener meets or exceeds standard for RoHS compliance for lead, mercury, bromine, chrome and cadmium.

- **Handheld, single-hole design; precision-honed steel blade**
- **Built-in eraser and receptacle to hold pencil shavings**
- **Assorted colors**
- **Height: 2-5/8"**
- **Made in Germany**

## Product Details

### General Information

| | |
|---|---|
| Manufacturer | Baumgartens |
| Manufacturer Part Number | 19550 |
| Manufacturer Website Address | http://www.b3.net |
| Brand Name | Baumgartens |
| Product Name | Single-Hole Trap Door Pencil Sharpener with Eraser |
| Packaged Quantity | 1 Each |
| Product Type | Manual Pencil Sharpener |

### Product Information

| | |
|---|---|
| Holes | 1 |
| Cutter Material | Steel |
| Application/Usage | Pencil |
| Features | - Dust Proof<br>- Built-in Eraser |

### Recently Viewed Items



[Baumgartens Dual Hole Wave Sharpener with Receptacle](#)

Handheld - 2 Hole(s) - 2.1" Height - Assorted

Item #: BAU19060

Price: **$4.20 EA**

**Bulk Price:** $3.18



[CLI Cone Receptacle Pencil Sharpener](#)

Plastic - Assorted

Item #: LEO80730

Price: **$0.84 PK**

**Bulk Price:** $0.49

## Physical Characteristics

| | |
|---|---|
| Color | Assorted |
| Height | 2.6" |
| Weight (Approximate) | 1.12 oz |

## Miscellaneous

| | |
|---|---|
| Recycled | No |
| Assembly Required | No |
| Environmentally Friendly | Yes |
| Environmental Certification | RoHS |
| Country of Origin | Germany |
| UPC | 085288195501 |
| UNSPC | 44121619 |
| Catalog Page Number | BRA |



**Helix 2-hole Pencil Sharpener**

2 Hole(s) - Plastic - Transparent, Assorted

Item #: HLX634756TA

Price: **$1.40 EA**

**BULK Carton Dome Pencil Sharpeners in a 3 Pack of**

Dome Pencil Sharpeners in a 3 Count of Assorted Colors. Priced individually, sold in full case

Item #: FCS02109-BULK

Price: **$1.09 PK**

**Volume Pricing:** $0.99

b



## ADDRESS

1614 Hereford Road
Hewlett, New York 11557

(800) 658 -1488

service@bulkofficesupply.com

### FOLLOW US

## CATEGORIES

Basics For Less

Cleaning & Breakroom

Furniture

Office Supplies

Rebates

Technology

## INFORMATION

About Us

Contact Us

Terms & Conditions

Privacy Policy

Blog

FAQs

## ACCOUNT

My Account

Order Tracking

Wish List

Shopping Cart

Checkout

Return Policy

## TAX FORMS & RESOURCES

View our Catalog

W-9 Form

NYS Resale Certificate

California Resale Certificate

Tennessee Resale Certificate

California Sales Tax 501c3 Non Profits

Copyright @ 2018 Bulk Office Supply. All rights reserved.

Website Store by Logicblock

RoseSet

Case 2:19-cv-08405-JMV-MF Document 17-2 Filed 03/18/19 Page 6 of 7 PageID: 928

JAN **FEB** MAR
◀ **02** ▶
2008 **2009** 2010

1 capture
2 Feb 2009

☐ About this capture



# The Art of Packaging

› Home / Product World / Packaging for Promotional and... / Product List / RoseSet

- News
- ▼ Product World
  - Standard Packaging
  - Packaging for Cutting Tools
  - Packaging for the DIY Market
  - Packaging for Technical Applications
  - ▼ Packaging for Promotional and Consumer Items
    - Application
    - ▼ Product List
      - BigPencil
      - Characters
      - ConsumerBox
      - DrillBit
      - HolidayBox
      - KlickBoxes Product List
      - MaxiBox
      - MiniPen
      - MiniPencil
      - Mobile Phones
      - PostBox
      - QuadroPack
      - RectangularPack
      - RoseBottle Product List
      - RoseCase Product List
      - ▸ RoseSet
      - ScrewPack
      - TwistPack
      - UniBox Product List
      - VarioPack Product List
- About rose plastic
- Services
- Contact



| Standard Packaging | Packaging for Cutting Tools | Packaging for the DIY Market | Packaging for Technical Applications | Packaging for Promotional and Consumer Items |

▸ Product Description  ▸ Availability  ▸ Data Sheet  ▸ Note Product

## RoseSet

**Product Description**

Modern, eyecatching set-packaging for presentation, storage and transport

**Product Features**

- attractive, easy on the hand design
- crystal clear material of cover offers optimum presentation
- 25 or 35 mm recess in base will take punched foam inserts for set layout (not included with RoseSet)
- smart, secure and simple closure
- numerous applications possible
- can be printed or enhanced by labeling, card inserts, etc.
- can be customized

**Standard Material**

- base: Polystyrene (PS)
- cover: PVC

**Stock items**

- red and blue bases available from stock
- clear (PVC) covers available from stock

**Availability**

- please inquire for other colors
- with hanging loop possible

**Packaging Description**

- outers and inners packed separately in individual cartons

**Application**

- This attractively shaped box offers a variety of possible applications



RoseSet

- ideal product packaging for sales and display, promotional, presentation of samples, etc., in numerous sectors



▸ **International Pages**

**rose plastic worldwide presence!**

Select other countries.

© 2009 rose plastic USA L.P.

Legal Note | Imprint |