# Law Office of Mark A. Kriegel, LLC
## 1479 Pennington Rd.
## Ewing, NJ 08618

Mark A. Kriegel                                    Phone:  609-883-5133
Admitted in NJ & NY                                Fax:      609-450-7237
                                                   E-Mail:  mkriegel@kriegellaw.com

March 20, 2019

Via ECF
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
2 Federal Square
Newark, NJ 07102

        Re:        Juul Labs, Inc., et. al. V. Eonsmoke, LLC
        Dkt. No.:  2:19-cv-8405

Dear Judge Vazquez:

        Pursuant to my conversation with your Chambers earlier this morning below please find
dial in access for the out of state attorneys who will be participating in this afternoon's hearing for
the above case:

        Conference Number:  712-775-7031
        Access Number:        484052328#

        Thank you for your attention to, and consideration of, this matter.

                                        Respectfully Yours,

                                        Mark A. Kriegel

cc:     All counsel of record via e-mail and ECF