**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>EONSMOKE, LLC, ZLAB S.A., ZIIP LAB CO., LTD., SHENZHEN YIBO TECHNOLOGY CO., LTD., JOHN DOES 1-50,<br><br>*Defendants.* | Civil Action No. 19-8405 (JMV) (MF)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

Currently pending before this Court is Plaintiff's motion for temporary restraints and a preliminary injunction. D.E. 8. The Court previously denied Plaintiff's request for temporary restrains as to Plaintiff's unfair competition claim and as to Defendants ZLAB S.A., ZIIP Lab Co., Ltd., and Shenzhen Yibo Technology Co., Ltd, and ordered additional briefing as to the remaining claim: design patent infringement against Defendant Eonsmoke, LLC. D.E. 16. The Court reviewed the parties' supplemental briefing, D.E. 17, 18, and heard oral argument on Wednesday, March 20, 2019. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 20th day of March, 2019,

**ORDERED** that Plaintiff's request for temporary restraints as to its design patent infringement claim against Eonsmoke, LLC is **DENIED**; and it is further

**ORDERED** that the Court's schedule, set forth in its prior Order at D.E. 16, as to Plaintiff's motion for a preliminary injunction remain in effect.

JOHN MICHAEL VAZQUEZ, U.S.D.J.