## Law Office of Mark A. Kriegel, LLC
### 1479 Pennington Rd.
### Ewing, NJ 08618

Mark A. KriegelPhone:609-883-5133
Admitted in NJ & NYFax:609-450-7237
E-Mail:mkriegel@kriegellaw.com


April 10, 2019

<u>Via ECF</u>
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
2 Federal Square
Newark, NJ 07102

Re:Juul Labs, Inc., et. al. V. Eonsmoke, LLC
Dkt. No.:2:19-cv-8405

Dear Judge Vazquez:

Please accept this letter as confirmation that Defendant, Eonsmoke, LLC, adopts the arguments raised in the Ziip Group's Supplemental Brief on Design Patent Functionality, dated April 3, 2019, in advance of the continued hearing in the above case on April 12, 2019.  Thank you for your consideration of this matter.


Respectfully Yours,

Mark A. Kriegel


cc:All counsel of record via e-mail and ECF