**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>EONSMOKE, LLC, ZLAB S.A., ZIIP LAB CO., LTD., SHENZHEN YIBO TECHNOLOGY CO., LTD., JOHN DOES 1-50,<br><br>*Defendants.* | Civil Action No. 19-8405 (JMV) (MF)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

Currently pending before this Court is Plaintiff's motion for a preliminary injunction. D.E. 8. The Court reviewed Plaintiff's brief in support of this motion, D.E. 8; Plaintiff's supplemental brief in support, D.E 19; Defendants Zlab S.A., Ziip Lab Co., Ltd., and Shenzhen Yibo Technology Co., Ltd.'s (collectively the "Ziip Defendants") opposition, D.E. 29; Defendant Eonsmoke, LLC's opposition, D.E. 30, and Plaintiff's reply, D.E. 36. The Court then held a hearing on the preliminary injunction on March 29, 2019, D.E. 41, and ordered supplemental briefing, D.E. 42. The Court reviewed the Ziip Defendants' supplemental brief in opposition, D.E. 49; and Plaintiff's additional supplemental brief in support, D.E. 53. The Court then continued its hearing on April 12, 2019. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 15th day of April, 2019,

**ORDERED** that Plaintiff's motion for a preliminary injunction (D.E. 8) is **DENIED without prejudice**.

JOHN MICHAEL VAZQUEZ, U.S.D.J.