Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
Tel.: 973.622.3333
Fax: 973.286.2465

Kevin P.B. Johnson (kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (victoriamaroulis@quinnemanuel.com)
Brett J. Arnold (brettarnold@quinnemanuel.com)
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Tel.:    (650) 801-5000
Fax:    (650) 801-5100

*Attorneys for Plaintiff*
*JUUL LABS, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EONSMOKE, LLC,**<br>**ZLAB S.A.,**<br>**ZIIP LAB CO., LTD.,**<br>**SHENZHEN YIBO TECHNOLOGY CO., LTD.,** and<br>**JOHN DOES 1-50,**<br><br>**Defendants.** | Civil Action No. 19-8405 (JMV) (MF)<br><br>NOTICE OF JUUL LABS, INC,'S<br><u>UNOPPOSED MOTION TO SEAL</u><br><br>*Document Filed Electronically*<br><br>Return Date: May 20, 2019 |

**TO:** Mark Aaron Kriegel
Law Offices of Mark A. Kriegel, LLC
1479 Pennington Rd.
Ewing, NJ 08618

Stephen M. Lobbin
Joshua N. Osborn
Austin J. Richardson
SML Avvocati, P.C.
888 Prospect Street, Suite 200
San Diego, CA 92037
*Counsel for Defendants Eonsmoke, LLC*

Scott Bennett Freemann, Esq.
FREEMANN LAW OFFICES, P.C.
3101 W. Glenwood Avenue, Suite G103
Philadelphia, PA 19121

Steven Susser, Esq.
Timothy J. Murphy, Esq.
Alex Szypa, Esq.
Carlson, Gaskey & Olds, P.C.
400 West Maple Road, Suite 350
Birmingham, MI 48009
*Counsel for Defendants Ziip Lab Co., Ltd., Zlab SA,
and Shenzhen Yibo Technology Co., Ltd.*

**PLEASE TAKE NOTICE** that on **Monday, May 20, 2019**, **at 10:00 a.m.** or as soon thereafter as counsel may be heard, Plaintiff Juul Labs, Inc. ("Juul Labs") shall appear before the Honorable Mark Falk, U.S.M.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions of the following materials, which were filed under temporary seal:

- Declaration of Timothy Danaher (ECF No. 11);

- Exhibit 1 to the Declaration of Timothy Danaher (ECF No. 11-1);

- Declaration of Michael Walter (ECF No. 11-2);

- Exhibit 1 to the Declaration of Michael Walter (ECF No. 11-3); and

- Exhibit 2 to the Declaration of Michael Walter (ECF No. 11-4).[1]

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Juul Labs shall rely upon the Declaration of Kevin Cooke and the accompanying index found at Exhibit 1. A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose the relief requested by Juul Labs and instead consent to the same.

Dated: April 24, 2019

Respectfully submitted,

**SAIBER LLC**

By: /s/ Arnold B. Calmann
Arnold B. Calmann
Jakob B. Halpern
SAIBER LLC
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
Tel.: 973.622.3333
Fax: 973.286.2465

Kevin P.B. Johnson
Victoria F. Maroulis
Brett J. Arnold
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Tel.:    (650) 801-5000
Fax:    (650) 801-5100

*Attorneys for Plaintiff*
*JUUL LABS, INC.*

---

[1] The redacted versions of the foregoing documents have been filed at ECF No. 12.

3